UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

JOSEPH RACINE,

    Plaintiff,

v.

MASSACHUSETTS PARTNERSHIP FOR
CORRECTIONAL HEALTHCARE, LLC,
THOMAS GROBLEWSKI,
LAWRENCE CHURCHVILLE,
GERALDINE SOMERS,
CASSANDRA WARTMAN,
KELLY BONGARZONE,
MAUREEN ATKINS,
STEPHANIE BYRON,

    Defendants.

C.A. NO. 15-13463-FDS

---

## ORDER FOR HOSPITAL RECORDS

In accordance with the provisions of General Laws, c. 111, §70, **Lemuel Shattuck Hospital** is ordered to furnish to Morrison Mahoney LLP, attorneys for the defendants, on payment of a reasonable fee, copies of all hospital records, including but not limited to anesthesia records, blood transfusion records, consent forms, release certificate forms, forms to authorize release of information, consultation sheets, discharge summary sheets, doctor's order sheets, electrocardiograph records, emergency records, graphic records, incident reports, intake and output record sheets, intravenous fluid record sheets, medication record sheets, nuclear medicine reports, nurses' notes sheets, operation records, blood tests, etoh and drug tests, pathology reports, progress record sheets, radiology reports, vital signs sheets, x-rays and x-ray reports, CT scans and CT scans reports, MRI films and MRI reports, all amounts billed for services, including the amounts charged directly to patient, the specific amount paid by providers (insurance or Medicare), any amount written off or adjusted from the total bill to meet the Medicare payment, and balanced billing information, and special records, for each admission and discharge (except that said copy of the hospital record shall not contain any history of the nature and treatment of any disease a record of which is required to be kept under the provisions of General Laws, c.111, §119; c.112, §135; c.233, §20B, and c.111, §70F) concerning **Joseph Racine (Date of Birth: June 12, 19XX)**.

By the Court,

/s/ Judge F. Dennis Saylor

Dated: 05/31/2017

1637077v.1

